IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00247-AP

KIMBERLY ROBERTSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

Terry S. Fjeld, Esq.
P. O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0815

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Acting Commissioner Linda S. McMahon as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** February 2, 2007

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** February 15, 2007

    **C.**    **Date Answer and Administrative Record Were Filed**:  April 16, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case raises no unusual claims or defenses.

## 7. OTHER MATTERS

The parties state that there are no other matters.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** May 30, 2007

    B.    **Defendant's Response Brief Due:** July 2, 2007

    C.    **Plaintiff's Reply Brief (If Any) Due:** July 17, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th day of April 2007.

                                        BY THE COURT:

                                        *S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Terry S. Fjeld
Terry S. Fjeld, Esq.
P. O. Box 17564
Colorado Springs, CO 80935
Telephone: (719) 520-5385
sscoatty@gmail.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)